UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                Civil Action
                                                                No: 15-cv-10006-WGY

NULAND
Plaintiff

v.

SOUTH SHORE HOSPITAL, INC.
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

      After a hearing held on December 8, 2016, this Court Orders that Defendants' Motions to Dismiss are Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed.


                                                                Robert Farrell
                                                                Clerk


                                                                By:    /s/ Jennifer Gaudet
                                                                              Deputy Clerk


December 13, 2016