UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nuland (Justin) )
)
)
)
v. ) C.A. No. 15-cv-10006-WGY
)
)
)
South Shore Hospital (etc) )
)
)

## NOTICE OF APPEAL

Notice is hereby given that  Justin Nuland , the  Appellant  in the above-named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the  Judgement  entered in this action on  December 8th 2016 .

Respectfully submitted,

Date:  12/17/2016

_(signature)_
Print name & address:  Justin Nuland
1000 1st Ave West
Bradenton FL
342105

### Certificate of Service

I,  Justin Nuland , certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to  US Appeals Court  (recipient)), at  1 Courthouse way, Boston Ma 02210  (address) on  12/17/2016  (date).

Date:  12/17/2016

_(signature)_
Print name:  Justin Nuland